# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Billy W. Stroud, Jr. | Case Number: DNCW308CR000063-001 |
| | USM Number: 21490-058 |
| | Rahwa Gebre-Egziabher |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) 1
- [ ] Pleaded guilty to violation(s)
- [ ] Pleaded not guilty to count(s)
- [ ] Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1701 | Obstruction of mails generally | 10/26/06 | 1 |

- [ ] Counts(s) (is)(are) dismissed on the motion of the United States.
- [ ] Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- [ ] Found not guilty as to:

**IMPOSITION OF SENTENCE:**
1. **DEFENDANT SENTENCED TO SIX(6) MONTHS UNSUPERVISED PROBATION + 10.00 ASSESSMENT**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: July 9, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

Date Signed: July 9, 2008

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal